# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LEE ANN P.,[1] | : | Case No. 1:22-cv-208 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER REMANDING CASE

This case is before the Court on the parties' joint motion to remand this case for further proceedings and enter judgment in favor of Plaintiff. (Doc. 10). The parties' motion is **GRANTED**.

This matter shall be **REMANDED** back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new administrative hearing, re-evaluate the medical opinions of record, and then issue a new decision.

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment, or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/31/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge